UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

YUSUF EL-WILLIAMS,

   Plaintiff,

v.   Case No. 3:13cv578/MCR/CJK

MARVIN, DIRECTOR OF LAKEVIEW, et al.,

   Defendants.
_____/

### O R D E R

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on March 4, 2014 (doc. 13), pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing the Plaintiff's Notice of Voluntary Dismissal (doc. 14), the Recommendation is adopted as the opinion of the Court.

Accordingly, it is now ORDERED as follows:

1. The Magistrate Judge's Report and Recommendation (doc. 13) is adopted and incorporated by reference in this Order.

 2.  This case is DISMISSED WITHOUT PREJUDICE under Fed. R. Civ. P. 41(a)(1)(A)(i), pursuant to Plaintiff's notice of voluntary dismissal.

3. The Clerk shall close the file.

**DONE AND ORDERED** this 3rd day of April, 2014.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**